LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
kanderson@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendants,*
*Patenaude & Felix APC; Raymond A. Patenaude;*
*Michael D. Kahn; Angie Hong Hoar; Kristopher C. Childers;*
*and Ryan Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY CAPITAL LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br>vs.<br><br>PATENAUDE & FELIX APC, a California Professional Corporation; RAYMOND A. PATENAUDE, a California Attorney (CA Bar #128855); MICHAEL D. KAHN, a California Attorney (CA Bar #236898); ANGIE HONG HOAR, a California Attorney (CA Bar #212152); KRISTOPHER C. CHILDERS, an Arizona Attorney (AZ Bar #022388); RYAN JOHNSON, an Arizona Attorney, DOE ATTONEYS 1-10; DOE individuals 11-20; ROE LAW FIRMS 1-10; and ROE entities 11-20.<br><br>    Defendants. | Case No.: 2:20-cv-00205-JCM-DJA<br><br>**DEFENDANTS' STIPULATION AND ORDER TO EXTEND DEFENDANTS' RESPONSE DATE**<br><br>**(FIRST REQUEST)** |

\ \ \

\ \ \

\ \ \

\ \ \

- 1 -

1  IT IS HEREBY STIPULATED by and between Plaintiff Troy Capital, LLC, by and through its counsel of record RELIEF LAWYERS, LLC and Defendants Patenaude & Felix APC; Raymond A. Patenaude; Michael D. Kahn; Angie Hong Hoar; Kristopher C. Childers; and Ryan Johnson ("Defendants"), by and through their counsel of record, LIPSON NEILSON P.C., that the time for Defendants to file a Response to Plaintiff's Complaint be extended from February 6, 2020 through and including February 13, 2020.

Pursuant to Local Rule 6-1(b), the parties state that the reason for the extension is that defense counsel requires more time to fully evaluate and respond to Plaintiff's Complaint.

The parties have entered into an agreement in good faith and not for purposes of delay. This is the parties' first request for extension.

| Dated this 10th day of February, 2020. | Dated this 10th day of February, 2020. |
|---|---|
| LIPSON NEILSON, P.C. | RELIEF LAWYERS, LLC |
| /s/ Kaleb D. Anderson | /s/ Dale K. Kleven |
| Kaleb D. Anderson, Esq.<br>Nevada Bar No. 7582<br>Jessica A. Green, Esq.<br>Nevada Bar No. 12383<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, Nevada 89144 | Dale K. Kleven, Esq.<br>Nevada Bar No. 7778<br>Thomas M. Fronczek, Esq.<br>Nevada Bar No. 11380<br>5550 Painted Mirage Rd., Suite 320<br>Las Vegas, Nevada 89149 |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

\ \ \

\ \ \

\ \ \

*Troy Capital, LLC v. Patenaude & Felix, APC, et al.*
Case No.: 2:20-cv-00205- JCM-DJA

### ORDER

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

Dated this  11th  day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE