DALE K. KLEVEN, ESQ.
Nevada Bar No. 007778
THOMAS M. FRONCZEK, ESQ.
Nevada Bar No. 11380
RELIEF LAWYERS, LLC
5550 Painted Mirage Rd., Ste. 320
Las Vegas, Nevada  89149
Phone:  (702) 589-7520
Email: dale@relieflawyersnv.com
*Attorney for Plaintiffs*

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY CAPITAL, LLC, a Nevada Limited Liability Company, <br><br>　　　　Plaintiff, <br><br>v. <br><br>PATENAUDE & FELIX APC, et al., <br><br>　　　　Defendants. <br>_____ <br>PATENAUDE & FELIX APC, et al., <br><br>　　　　Counterclaimant, <br><br>v. <br><br>TROY CAPITAL, LLC, a Nevada Limited Liability Company; RANCE WILLEY, an Individual, and TROY DUPUIS, an Individual, <br><br>　　　　Counterdefendants. <br>_____ | Case No.:   2:20-CV-00205-JCM-DJA <br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE DATE TO DEFENDANTS' AMENDED COUNTERCLAIM (DOC. 41)** <br><br>(FIRST REQUEST) |

　　　IT IS HEREBY STIPULATED by and between Plaintiff TROY CAPITAL, LLC, and through Dale K. Kleven, Esq. of the law firm Relief Lawyers LLC, and DEFENDANTS Patenaude & Felix APC, Raymond A. Patenaude, Michael D. Kahn, Angie Hong Hoar, Kristopher C. Childers, and Ryan Johnson ("Defendants"), by and through counsel of record LIPSON NEILSON PC, that the time for Plaintiffs to file a responsive pleading to Defendants'

1

Amended Answer and Counterclaim (Doc. 41), shall be extended from its current due date of August 21, 2020, until the date of August 28, 2020.

Pursuant to Local Rule 6-1(b), the parties state that the reason for the extension is that both attorneys at the law firm representing plaintiff will be out of the state and unable to finish drafting the responsive pleading and getting it on file when due.

The attorneys for both parties have entered into this agreement in good faith, after discussions held on August 14, 2020 at about 1:00 pm, and this extension is not made for purposes of delay. This is the parties' first request for extension of the deadline to file a responsive pleading to Doc. 41.

Dated this 14th day of August, 2020.

| RELIEF LAWYERS, LLC | LIPSON NEILSON PC |
|---|---|
| /s/ Dale K. Kleven | /s/ Kaleb D. Anderson |
| DALE K. KLEVEN, ESQ. | Kaleb D. Anderson Esq. |
| Nevada Bar No. 007778 | Nevada Bar No. 007582 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: August 17, 2020