NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
           jsmith@santoronevada.com

JOSEPH DINOIA, ESQ.
Nevada Bar No. 11951
RACHEL B. SATURN, ESQ.
Nevada Bar No. 8653
**PATENAUDE & FELIX, A.P.C.**
7271 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel.: (702) 952-2031
Email: joseph.dinoia@pandf.us
           rachel.saturn@pandf.us

*Attorneys for Counterclaimant/Third-Party Plaintiff Patenaude & Felix APC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY CAPITAL LLC, a Nevada Limited Liability Company,<br><br>                    Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX APC, a California Professional Corporation; RAYMOND A. PATENAUDE, a California Attorney (CA Bar #128855);  MICHAEL D. KAHN, a California Attorney (CA Bar #236898); ANGIE HONG HOAR, a California Attorney (CA Bar #212152); KRISTOPHER C. CHILDERS, an Arizona Attorney (AZ Bar #022388), RYAN JOHNSON, an Arizona Attorney, DOE ATTORNEYS 1-10; DOE individuals 11-20; ROE LAW FIRMS 1-10; and ROE entities 11-20, | Case No.: 2:20-cv-00205-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING MOTION TO DISMISS [ECF No. 77]**<br><br>**(First Request)** |

|   |   |
|---|---|
| 1 | Defendants. |
| 2 | PATENAUDE & FELIX APC, a California Professional Corporation, |
| 3 | |
| 4 | Counterclaimant, |
| 5 | v. |
| 6 | TROY CAPITAL LLC, a Nevada Limited Liability Company, |
| 7 | |
| 8 | Counter Defendants. |
| 9 | PATENAUDE & FELIX APC, a California Professional Corporation, |
| 10 | |
| 11 | Third-Party Plaintiff, |
| 12 | v. |
| 13 | RANCE WILLEY, an individual; TROY DUPUIS, an individual; Does 1-XX and Roe Corporations I-XX, inclusive, |
| 14 | |
| 15 | Third-Party Defendants. |

Plaintiff/Counterdefendant TROY CAPITAL LLC ("***Troy Capital***"), Defendants PATENAUDE & FELIX, APC, RAYMOND A. PATENAUDE, MICHAEL D. KAHN, and ANGIE HONG HOAR (collectively, "***Defendants***"), Counterclaimant/Third-Party Plaintiff PATENAUDE & FELIX, APC ("***Counterclaimants***"), and Third-Party Defendants RANCE WILLEY and TROY DUPUIS (together, "***Third-Party Defendants***"), by and through their undersigned counsel, hereby stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the time for Counterclaimants to respond to response to Troy Capital's and Third-Party Defendants' Motion to Dismiss Defendants' [Second] Amended Counterclaims [ECF No. 72] and Third-Party Complaint [ECF No. No. 73] with Summary Judgment Treatment, or, in the Alternative, for Dismissal under FRCP 9 ("***Motion to Dismiss***") [ECF No. 77] be extended to April 26, 2021.

IT IS FURTHER STIPULATED AND AGREED that the time for Troy Capital and Third-Party Defendants to file any reply in support of the Motion Dismiss be extended to May 13, 2021.

Good cause exists for the extensions set forth herein. The proposed briefing schedule addresses the conflicts with schedules of counsel and the potential complexities of this matter. Further, the parties and their counsel are dealing with difficulties arising from working remotely due to COVID-19 restrictions and precautions. This is the first extension requested.

Dated this 19th day of April, 2021.

| | |
|---|---|
| /s/ Dale K. Kleven | /s/ Jeffrey D. Olster |
| DALE K. KLEVEN, ESQ. | JEFFREY D. OLSTER, ESQ. |
| Nevada Bar No. 7778 | Nevada Bar No. 8864 |
| THOMAS M. FRONCZEK, ESQ. | ADAM J. PERNSTEINER, ESQ. |
| Nevada Bar No. 11380 | Nevada Bar No. 7862 |
| **RELIEF LAWYERS LLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 5550 Painted Mirage Rd., Suite 320 | 6385 S. Rainbow Blvd., Suite 600 |
| Las Vegas, Nevada 89149 | Las Vegas, Nevada 89118 |
| Tel.: (702) 589-7520 / Fax: (702) 577-1075 | Tel.: (702) 893-3383 / Fax: (702) 893-3789 |
| Email: dale@relieflawyersnv.com | Email: jeff.olster@lewisbrisbois.com |
| | adam.pemsteiner@lewisbrisbois.com |
| *Attorneys for Plaintiff/Counter Defendant Troy Capital LLC and Third-Party Defendants Rance Willey and Troy Dupuis* | *Attorneys for Defendants Patenaude & Felix APC, Raymond A. Patenaude, Michael D. Kahn and Angie Hong Hoar* |

/s/ Jason D. Smith
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
       jsmith@santoronevada.com

JOSEPH DINOIA, ESQ.
Nevada Bar No. 11951
RACHEL B. SATURN, ESQ.
Nevada Bar No. 8653
**PATENAUDE & FELIX, A.P.C.**
7271 W. Charleston Blvd., Suite 100

1 | Las Vegas, Nevada 89117
2 | Tel.: (702) 952-2031
  | Email: joseph.dinoia@pandf.us
3 |        rachel.saturn@pandf.us
  | *Attorneys for Counterclaimant/Third-Party*
4 | *Plaintiff Patenaude & Felix APC*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 21, 2021 _____