Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
Adam J. Pernsteiner
Nevada Bar No. 7862
Adam.Pernsteiner@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel:  (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendants*
*PATENAUDE & FELIX APC, RAYMOND A.*
*PATENAUDE, MICHAEL D. KAHN and*
*ANGIE HONG HOAR*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY CAPITAL, LLC, a Nevada Limited Liability Company, | Case No. 2:20-cv-00205-JCM-DJA |
| Plaintiff, | **STIPULATION TO ESTABLISH BRIEFING SCHEDULING FOR MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| PATENAUDE & FELIX APC, *et al.*, | **(First Request)** |
| Defendants. | |

PATENAUDE & FELIX APC,

        Counterclaimant/Third-Party Plaintiff

    vs.

TROY CAPITAL, LLC, a Nevada Limited Liability Company; RANCE WILLEY, an Individual, and TROY DUPUIS, an Individual,

        Counter-defendant/Third-Party Defendants

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4890-8385-2036.1

IT IS STIPULATED by all parties, through their respective counsel, and pursuant to LR IA 6-1 and LR 7-1, that the briefing relating to Plaintiff's Motion for Partial Summary Judgment (ECF No. 92, the "Motion"), filed on November 8, 2021, proceed on the following schedule:

1.      The current deadline for Defendants to respond to the Motion is November 29, 2021, which is the Monday following Thanksgiving. The parties agree to extend this deadline by two weeks to accommodate family obligations of the parties, counsel and witnesses over the holidays. Additionally, undersigned defense counsel is dealing with an unexpected family health issue, which requires out-of-town travel this week, and possibly additional time in December as well.

2.      The parties also anticipate that Defendants will be filing a counter-motion for summary judgment relating to the subject matter of Plaintiff's Motion (i.e., the Attorney Agreement). The parties similarly agree to extend Plaintiff's response deadline to accommodate family obligations of the parties, counsel and witnesses over the holidays.

3.      Accordingly, the parties' agree on the following briefing schedule for the Motion and anticipated counter-motion:

**December 13, 2021** – deadline for Defendants' response to Motion and the filing of Defendants' counter-motion

**January 10, 2022** – deadline for Plaintiff's reply in support of Motion

**January 17, 2022** – deadline for Plaintiff's response to Defendants' counter-motion

**February 14, 2022** – deadline for Defendants' reply in support of counter-motion

4.      This stipulation is made in good faith and for good cause, and not for any purpose to delay.

1      5.      The parties further agree that this stipulated extension of time does not operate as

2 any admission or waiver of any claim, defense or issue.

3

4 DATED this 24th day of November, 2021          DATED this 24th day of November, 2021

5 LEWIS BRISBOIS BISGAARD &          RELIEF LAWYERS, LLC
SMITH LLP

6

7 /s/ Jeffrey D. Olster          /s/ Dale K. Kleven
Jeffrey D. Olster          Dale K. Kleven

8 Nevada Bar No. 8864          Nevada Bar No. 7778
Adam J. Pernsteiner          Thomas M. Fronczek

9 Nevada Bar No. 7862          Nevada Bar, No. 11380
6385 S. Rainbow Boulevard, Suite 600          5550 Painted Mirage Road, Suite 320

10 Las Vegas, Nevada 89118          Las Vegas, Nevada 89149
*Attorneys for Defendants*          *Attorneys for Plaintiff/Counterdefendant*

11 *PATENAUDE & FELIX APC, RAYMOND A.*          *TROY CAPITAL, LLC and Third-Party*
*PATENAUDE, MICHAEL D. KAHN and*          *Defendants RANCE WILLEY and TROY*

12 *ANGIE HONG HOAR*          *DUPUIS*

13

14 DATED this 24th day of November, 2021          DATED this 24th day of November, 2021

15 SANTORO WHITMIRE          SIMMONDS & NARITA LLP

16

17 /s/ Jason D. Smith          /s/ Tomio B. Narita
Nicholas J. Santoro          Tomio B. Narita

18 Nevada Bar No. 0532          Jeffrey A. Topor
Jason D. Smith          (Admitted *pro hac vice*)

19 Nevada Bar No. 9691          44 Montgomery Street, Suite 3010
10100 W. Charleston Boulevard, Suite 250          San Francisco, California 94104

20 Las Vegas, Nevada 89135          *Attorneys for Plaintiff/Counterdefendant*
*Attorneys for*          *TROY CAPITAL, LLC and Third-Party*

21 *Counterclaimant/Third-Party Plaintiff*          *Defendants RANCE WILLEY and TROY*
*PATENAUDE & FELIX APC*          *DUPUIS*

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   DATED this 24th day of November, 2021.

2   PATENAUDE & FELIX, APC

3

4   /s/ Joseph DiNoia
    Joseph DiNoia

5   Nevada Bar No. 11951
    7271 West Charleston Boulevard, Suite 100

6   Las Vegas, Nevada 89117
    *Attorneys for*

7   *Counterclaimant/Third-Party Plaintiff*
    *PATENAUDE & FELIX, A.P.C.*

8

9

10                        ORDER

11           IT IS SO ORDERED:

12           _____

13           UNITED STATES DISTRICT JUDGE

14           DATED: _____November 29, 2021_____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4890-8385-2036.1                           4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of November, 2021, service of the foregoing **STIPULATION TO ESTABLISH BRIEFING SCHEDULING FOR MOTIONS FOR PARTIAL SUMMARY JUDGMENT (First Request)** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| Attorney | Party | Phone/Fax |
|---|---|---|
| Dale K. Kleven<br>Thomas M. Fronczek<br>RELIEF LAWYERS LLC<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>Email: dale@hrlnv.com<br>        fronczeklaw@gmail.com | *Attorneys for Plaintiff, Counterdefendant and Third-Party Defendants* | P:  (702) 589-7520<br>F:  (702) 577-1075 |
| Tomio B. Narita (Admitted *pro hac vice*)<br>Jeffrey A. Topor (Admitted *pro hac vice*)<br>SIMMONDS & NARITA LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, California 94104<br>Email: tnarita@snllp.com<br>        jtopor@snllp.com | *Attorneys for Plaintiff/Counterdefendant Troy Capital, LLC and Third-Party Defendants Rance Willey and Troy Dupuis* | P: (415) 283-1000 |
| Joseph DiNoia<br>PATENAUDE & FELIX, A.P.C.<br>7271 West Charleston Boulevard<br>Suite 100<br>Las Vegas, Nevada 89117<br>Email:Joseph.DiNoia@pandf.us<br>        Rachel.Saturn@pandf.us | *Attorneys for Counterclaimant and Third-Party Plaintiff Patenaude & Felix APC* | P: (702) 382-1500<br>F: (702) 382-1512 |
| Nicholas J. Santoro<br>Jason D. Smith<br>SANTORO WHITMIRE<br>10100 W. Charleston Boulevard, Suite 250<br>Las Vegas, Nevada 89135<br>Email: nsantoro@santoronevada.com<br>        jsmith@santoronevada.com | *Attorneys for Counterclaimant/Third-Party Plaintiff Patenaude & Felix APC* | P: (702) 948-8771<br>F: (702) 948-8773 |

By  /s/  *Susan Awe*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW