1  Jeffrey D. Olster
Nevada Bar No. 8864
2  Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
4  Tel:  (702) 893-3383
Fax: (702) 893-3789
5  *Attorneys for Defendants*
*PATENAUDE & FELIX APC, RAYMOND A.*
6  *PATENAUDE, MICHAEL D. KAHN and*
*ANGIE HONG HOAR*
7

8  **UNITED STATES DISTRICT C-OURT**

9  **DISTRICT OF NEVADA**

10

11  TROY CAPITAL, LLC, a Nevada Limited
Liability Company,

12                       Plaintiff,

13        vs.

14  PATENAUDE & FELIX APC, *et al*.,

15                       Defendants.

16

17  PATENAUDE & FELIX APC,

18          Counterclaimant/Third-Party
            Plaintiff

19          vs.

20  TROY CAPITAL, LLC, a Nevada Limited
21  Liability Company; RANCE WILLEY, an
Individual, and TROY DUPUIS, an
22  Individual,

23          Counter-defendant/Third-
            Party Defendants

24

25

26

27

28

Case No. 2:20-cv-00205-JCM-DJA

**STIPULATION TO EXTEND
DISPOSITIVE MOTION AND JOINT
PRETRIAL ORDER DEADLINES**

**(Fifth Request)**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4878-1169-4095.1

1        Pursuant to LR IA 6-1, LR 7-1 and LR 26-3, the parties, through their respective counsel,

2  stipulate to extend the dispositive motion and joint pretrial order deadlines by fourteen (14) days.

3  Good cause for this stipulation exists based on the following:

4       1.     Eight motions remain pending before the Court. These pending motions are:

5            a.     Plaintiff and Third-Party Defendants' Motion to Dismiss Defendants'

6                  Amended Counterclaims and Third Party Complaint (ECF

7                  No. 77).

8            b.     Plaintiff's Motion for Partial Summary Judgment (ECF No. 92).

9            c.     Defendants' Countermotion for Partial Summary Judgment (ECF No. 97).

10           d.     Defendants' Emergency Motion to Extend Discovery Plan and Scheduling

11                  Order (ECF No. 98).[1]

12            e.     Defendants' Motion to Compel Further Discovery Responses from

13                  Plaintiff/Counter-Defendant (ECF No. 107).

14            f.     Plaintiff's Motion to Compel Defendants' Discovery Responses (ECF No.

15                  110).

16           g.     Defendants' Motion to Dismiss due to Insufficient Service of Process for

17                  Kristopher Childers (ECF No. 113).

18           h.     Defendants' Motion to Dismiss due to Insufficient Service of Process for

19                  Ryan Johnson (ECF No. 116).

20       2.     The parties expended substantial resources during the month of January 2022 to

21  complete several percipient and expert witness depositions, and in many cases, the parties are still

22  awaiting the completion of the deposition transcripts. The review and analysis of those transcripts

23  may affect the preparation of, and opposition to, any dispositive motions.

24       3.     To the extent LR 26-3 compliance is required for this stipulation, the parties refer

25  the Court to their Stipulation to Extend Discovery Plan and Scheduling Order (Fourth Request)

26

---

27      [1] In compliance with LR 26-3, Defendants filed this motion, which also seeks to extend the deadline for filing dispositive motions, more than 21 days before the discovery cut-off and dispositive motion

28  deadlines.


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4878-1169-4095.1            2

1  (ECF No. 91 at 4:25 – 9:19) and to Defendants' Emergency Motion to Extend Discovery Plan and

2  Scheduling Order (ECF No. 98 at 8:1 – 19:19). Additionally, the parties have taken the depositions

3  of the following witnesses: Ryan Cardema (on January 11, 2022), Michael Kahn (January 18, 2022),

4  Ray Patenaude (January 19, 2022), Harvey Moore (January 21, 2022), Michael Bendickson (January

5  24, 2022), Kris Childers (January 27, 2022), Elizabeth Reveles (January 31, 2022) and Angela

6  Kresila (February 1, 2022). The parties are in the process of scheduling depositions of Plaintiff's

7  principals, Rance Willey and Troy Dupuis, and continue to meet and confer regarding additional

8  depositions.

9          4.       Based on the foregoing, the parties agree to extend the dispositive motion deadline

10  by fourteen (14) days, from February 18, 2022 to March 4, 2022. Any opposition to dispositive

11  motions shall be filed no later than April 8, 2022, and any reply in support of such motions shall be

12  filed no later than April 29, 2022. The parties also agree to accordingly extend the joint pretrial order

13  deadline from March 18, 2022 to April 4, 2022.

14          5.       This requested extension of time is not sought for delay or any other improper

15  purpose. The parties respectfully submit that the reasons set forth above constitute good cause for

16  the extension.

17

18  DATED this 18th day of February, 2022          DATED this 18th day of February, 2022

19  LEWIS BRISBOIS BISGAARD &               RELIEF LAWYERS, LLC
    SMITH LLP

20

21   /s/ *Jeffrey D. Olster*                         /s/ *Dale K. Kleven*
    Jeffrey D. Olster                           Dale K. Kleven
22  Nevada Bar No. 8864                         Nevada Bar No. 7778
    6385 S. Rainbow Boulevard, Suite 600        Thomas M. Fronczek
23  Las Vegas, Nevada 89118                     Nevada Bar, No. 11380
    *Attorneys for Defendants*                    5550 Painted Mirage Road, Suite 320
24  *PATENAUDE & FELIX APC, RAYMOND A.*           Las Vegas, Nevada 89149
    *PATENAUDE, MICHAEL D. KAHN and*             *Attorneys for Plaintiff/Counterdefendant*
    *ANGIE HONG HOAR*                           *TROY CAPITAL, LLC and Third-Party*
25                                              *Defendants RANCE WILLEY and TROY*
                                                *DUPUIS*
26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    DATED this 18th day of February, 2022        DATED this 18th day of February, 2022

2    SANTORO WHITMIRE                             SIMMONDS & NARITA LLP

3

4    /s/ *Jason D. Smith*                              /s/ *Tomio B. Narita*
     Nicholas J. Santoro                          Tomio B. Narita
5    Nevada Bar No. 0532                          Jeffrey A. Topor
     Jason D. Smith                               (Admitted *pro hac vice*)
6    Nevada Bar No. 9691                          44 Montgomery Street, Suite 3010
     10100 W. Charleston Boulevard, Suite 250     San Francisco, California 94104
7    Las Vegas, Nevada 89135                      *Attorneys for Plaintiff/Counterdefendant*
     *Attorneys for*                              *TROY CAPITAL, LLC and Third-Party*
8    *Counterclaimant/Third-Party Plaintiff*      *Defendants RANCE WILLEY and TROY*
     *PATENAUDE & FELIX APC*                       *DUPUIS*

9

10   DATED this 18th day of February, 2022

11   PATENAUDE & FELIX APC

12

13   /s/ *Joseph DiNoia*
     Joseph DiNoia
14   Nevada Bar No. 11951
     7271 West Charleston Boulevard, Suite 100
15   Las Vegas, Nevada 89117
     *Attorneys for*
16   *Counterclaimant/Third-Party Plaintiff*
     *PATENAUDE & FELIX APC*

17

18

19                                  ORDER

20              IT IS SO ORDERED:

21

22                                  _____
                                    UNITED STATES MAGISTRATE JUDGE

23                                  DATED: February 22, 2022

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4878-1169-4095.1                              4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of February, 2022, service of the foregoing **STIPULATION TO EXTEND DISPOSITIVE MOTION AND JOINT PRETRIAL ORDER DEADLINES** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Dale K. Kleven<br>Thomas M. Fronczek<br>RELIEF LAWYERS LLC<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>Email: dale@relieflawyersnv.com<br>　　　　toby@relieflawyersnv.com | *Attorneys for Plaintiff, Counterdefendant and Third-Party Defendants* | P:  (702) 589-7520<br>F:  (702) 577-1075 |
| Tomio B. Narita (Admitted *pro hac vice*)<br>Jeffrey A. Topor (Admitted *pro hac vice*)<br>Travis Campbell (Admitted *pro hac vice*)<br>Maggie Cardasis (Admitted *pro hac vice*)<br>SIMMONDS & NARITA LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, California 94104<br>Email: tnarita@snllp.com<br>　　　　jtopor@snllp.com<br>　　　　mcardasis@snllp.com<br>　　　　tcampbell@snllp.com | *Attorneys for Plaintiff/Counterdefendant Troy Capital, LLC and Third-Party Defendants Rance Willey and Troy Dupuis* | P: (415) 283-1000 |
| Joseph DiNoia<br>PATENAUDE & FELIX, A.P.C.<br>7271 West Charleston Boulevard<br>Suite 100<br>Las Vegas, Nevada 89117<br>Email:Joseph.DiNoia@pandf.us | *Attorneys for Counterclaimant and Third-Party Plaintiff Patenaude & Felix APC* | P:  (702) 952-2031<br>F:  (702) 382-1512 |
| Nicholas J. Santoro<br>Jason D. Smith<br>SANTORO WHITMIRE<br>10100 W. Charleston Boulevard, Suite 250<br>Las Vegas, Nevada 89135<br>Email: nsantoro@santoronevada.com<br>　　　　jsmith@santoronevada.com | *Attorneys for Counterclaimant/Third-Party Plaintiff Patenaude & Felix APC* | P:  (702) 948-8771<br>F:  (702) 948-8773 |

By  /s/  *Susan Awe*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP