Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendants*
PATENAUDE & FELIX APC, RAYMOND A.
PATENAUDE, MICHAEL D. KAHN and
ANGIE HONG HOAR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY CAPITAL, LLC, a Nevada Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATENAUDE & FELIX APC, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00205-JCM-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| PATENAUDE & FELIX APC,<br><br>　　　　　Counterclaimant/Third-Party Plaintiff<br><br>　　vs.<br><br>TROY CAPITAL, LLC, a Nevada Limited Liability Company; RANCE WILLEY, an Individual, and TROY DUPUIS, an Individual,<br><br>　　　　　Counter-defendant/Third-Party Defendants | |

　　　　Pursuant to LR IA 6-1 and LR 7-1, the parties, through their respective counsel, stipulate to extend the time for Defendants to file their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 127) by fourteen (14) days, or to June 17, 2022.

4881-8790-0706.1

1. On March 4, 2022, Defendants' Motion for Summary Judgment (ECF No. 127) was filed.

2. Due to numerous discovery issues, including issues were the subject of Defendants' Motion to Compel (ECF Nos. 107, 131), as well as continuing deposition scheduling issues, the parties agreed to extend the time for Plaintiff to respond to Defendants' Motion for Summary Judgment by approximately forty eight (48) days, or to May 13, 2022 (ECF No. 135, ¶ 6).

3. On May 13, 2022, Plaintiff's Opposition to Defendants' Motion for Summary Judgment was filed (ECF No. 139). This Opposition includes over five hundred (500) pages of exhibits.

4. The current deadline for Defendants to file their reply to Plaintiff's Opposition is June 3, 2022 (ECF No. 135, ¶ 6). Due the parties' continuing discovery and deposition scheduling issues, and as a reciprocal courtesy, the parties agree that Defendants shall have an additional fourteen (14) days, or until June 17, 2022, to file their reply to Plaintiff's Opposition.[1]

5. This requested extension of time is not sought for delay or any other improper purpose. The parties respectfully submit that the reasons set forth above constitute good cause for the extension.

DATED this 24th day of May, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jeffrey D. Olster*
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
PATENAUDE & FELIX APC,
RAYMOND A. PATENAUDE,
MICHAEL D. KAHN and ANGIE HONG HOAR

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 27, 2022

---

[1] This new proposed deadline does not require any extension to the operative scheduling order, which provides for a discovery cutoff date of July 18, 2022 and a dispositive motion deadline of August 17, 2022. (ECF No. 138).

| | | |
|---|---|---|
|1| DATED this 24th day of May, 2022 | DATED this 24th day of May, 2022 |
|2| RELIEF LAWYERS, LLC | SIMMONDS & NARITA LLP |
|3| | |
|4| /s/ *Dale K. Kleven* <br> Dale K. Kleven | /s/ *Tomio B. Narita* <br> Tomio B. Narita |
|5| Nevada Bar No. 7778 <br> Thomas M. Fronczek | R. Travis Campbell <br> (Admitted *pro hac vice*) |
|6| Nevada Bar, No. 11380 <br> 5550 Painted Mirage Road, Suite 320 | 44 Montgomery Street, Suite 3010 <br> San Francisco, California 94104 |
|7| Las Vegas, Nevada 89149 <br> *Attorneys for Plaintiff/Counterdefendant* | *Attorneys for Plaintiff/Counterdefendant* <br> *TROY CAPITAL, LLC and Third-Party Defendants* |
|8| *TROY CAPITAL, LLC and Third-Party* <br> *Defendants RANCE WILLEY and TROY* | *RANCE WILLEY and TROY DUPUIS* |
|9| *DUPUIS* | |
|10| DATED this 24th day of May, 2022 | DATED this 24th day of May, 2022 |
|11| PATENAUDE & FELIX APC | SANTORO WHITMIRE |
|12| | |
|13| /s/ *Joseph DiNoia* <br> Joseph DiNoia | /s/ *Jason D. Smith* <br> Nicholas J. Santoro |
|14| Nevada Bar No. 11951 <br> 7271 West Charleston Boulevard, Suite | Nevada Bar No. 0532 <br> Jason D. Smith |
|15| 100 <br> Las Vegas, Nevada 89117 | Nevada Bar No. 9691 <br> 10100 W. Charleston Boulevard, Suite 250 |
|16| *Attorneys for* <br> *Counterclaimant/Third-Party Plaintiff* | Las Vegas, Nevada 89135 <br> *Attorneys for* |
|17| *PATENAUDE & FELIX APC* | *Counterclaimant/Third-Party Plaintiff* <br> *PATENAUDE & FELIX APC* |
|18| | |
|19| | |
|20| | |
|21| | |
|22| | |
|23| | |
|24| | |
|25| | |
|26| | |
|27| | |
|28| | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4881-8790-0706.1                                           3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of May, 2022, service of the foregoing **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Dale K. Kleven<br>Thomas M. Fronczek<br>RELIEF LAWYERS LLC<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>Email: dale@relieflawyersnv.com<br>toby@relieflawyersnv.com | *Attorneys for Plaintiff, Counterdefendant and Third-Party Defendants* | P: (702) 589-7520<br>F: (702) 577-1075 |
| Tomio B. Narita (Admitted *pro hac vice*)<br>Travis Campbell (Admitted *pro hac vice*)<br>SIMMONDS & NARITA LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, California 94104<br>Email: tnarita@snllp.com<br>tcampbell@snllp.com | *Attorneys for Plaintiff/Counterdefendant Troy Capital, LLC and Third-Party Defendants Rance Willey and Troy Dupuis* | P: (415) 283-1000 |
| Joseph DiNoia<br>PATENAUDE & FELIX, A.P.C.<br>7271 West Charleston Boulevard<br>Suite 100<br>Las Vegas, Nevada 89117<br>Email: Joseph.DiNoia@pandf.us | *Attorneys for Counterclaimant and Third-Party Plaintiff Patenaude & Felix APC* | P: (702) 952-2031<br>F: (702) 382-1512 |
| Nicholas J. Santoro<br>Jason D. Smith<br>SANTORO WHITMIRE<br>10100 W. Charleston Boulevard, Suite 250<br>Las Vegas, Nevada 89135<br>Email: nsantoro@santoronevada.com<br>jsmith@santoronevada.com | *Attorneys for Counterclaimant/Third-Party Plaintiff Patenaude & Felix APC* | P: (702) 948-8771<br>F: (702) 948-8773 |

By /s/ *Susan Awe*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP