DALE K. KLEVEN, ESQ.
Nevada Bar No. 007778
THOMAS M. FRONCZEK, ESQ.
Nevada Bar No. 11380
RELIEF LAWYERS, LLC
5550 Painted Mirage Rd., Ste. 320
Las Vegas, Nevada 89149
Phone: (702) 589-7520
dale@relieflawyersnv.com

TOMIO B. NARITA, ESQ. (*pro hac vice*)
California Bar No. 156576
R. TRAVIS CAMPBELL, ESQ. (*pro hac vice*)
California Bar No. 271580
SIMMONDS & NARITA LLP
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Plaintiff and Counter-Defendant
Troy Capital, LLC and Third-Party Defendants
Rance Willey and Troy Dupuis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY CAPITAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PATENAUDE & FELIX APC, et al.,<br><br>Defendants. | CASE NO.: 2:20-cv-00205-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)**<br><br>Current Deadline: November 2, 2022 |
| PATENAUDE & FELIX APC,<br><br>Counterclaimant/Third-Party Plaintiff<br><br>vs.<br><br>TROY CAPITAL LLC, a Nevada Limited Liability Company; RANCE WILLEY, an Individual, and TROY DUPUIS, an Individual,<br><br>Counterdefendants/Third-Party Defendants | New Deadline: November 9, 2022<br><br>The Hon. James C. Mahan |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, the parties, through their respective counsel, stipulate to extend the time for Defendants to respond to Plaintiff's pending Motion for Reconsideration of Order on Motions for Partial Summary Judgment (ECF No. 153), which was filed on October 19, 2022.  This is the parties' first request.  Good cause for this stipulation exists based on the following:

1.      On October 19, 2022, Plaintiff filed a Motion for Reconsideration of the Court's September 21, 2022 Order on the parties' motions for partial summary judgment.  ECF No. 153.

2.      Pursuant to the Court's Local Rules, Defendants' deadline to oppose the motion is November 2, 2022.  L.R. 7-2(b).  Plaintiff's deadline to file their reply is November 9, 2022.  *Id*.

3.      Good cause exists for a brief one-week extension of the deadlines.  Defendants' counsel has been dealing with several pressing deadlines in other matters and, therefore, has not had sufficient time to dedicate to preparing Defendants' opposition brief.  Accordingly, Defendants have requested, and Plaintiff has agreed, to extend the opposition deadline to the Motion for Reconsideration by one week to November 9, 2022.

4.      Accordingly, the parties hereby stipulate and jointly request that the Court extend the deadline for Defendants to respond to Plaintiff's Motion for Reconsideration of Order on Motions for Partial Summary Judgment (ECF No. 153) to November 9, 2022, and extend the deadline for Plaintiff to file its reply to November 16, 2022.

5.      This requested extension of time is not sought for delay or any other improper purpose. The parties respectfully submit that the reasons set forth above constitute good cause for the extension.

DATED this 28th day of October, 2022
SIMMONDS & NARITA LLP


_/s/R. Travis Campbell_____
Tomio B. Narita
(Admitted *pro hac vice*)
R. Travis Campbell
(Admitted *pro hac vice*)
44 Montgomery Street, Suite 3010
San Francisco, California 94104

*Attorneys for Plaintiff/Counter-defendant*
*TROY CAPITAL, LLC and Third-Party Defendants*
*RANCE WILLEY and TROY DUPUIS*

DATED this 28th day of October, 2022
RELIEF LAWYERS, LLC


_/s/Dale K. Kleven_____
Dale K. Kleven
Nevada Bar No. 7778
Thomas M. Fronczek
Nevada Bar, No. 11380
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149

*Attorneys for Plaintiff/Counterdefendant*
*TROY CAPITAL, LLC and Third-Party Defendants*
*RANCE WILLEY and TROY DUPUIS*

TROY CAPITAL, LLC v. PATENAUDE & FELIX APC, et al. (CASE NO.: 2:20-cv-00205-JCM-DJA)

1

2   DATED this 28th day of October, 2022          DATED this 28th day of October, 2022
    SANTORO WHITMIRE                              LEWIS BRISBOIS BISGAARD &
3                                                 SMITH LLP

4

5    /s/Jason D. Smith                             /s/Jeffrey D. Olster
    Nicholas J. Santoro                           Jeffrey D. Olster
6   Nevada Bar No. 0532                           Nevada Bar No. 8864
    Jason D. Smith                                6385 S. Rainbow Boulevard, Suite 600
7   Nevada Bar No. 9691                           Las Vegas, Nevada 89118
    10100 W. Charleston Boulevard, Suite 250
8   Las Vegas, Nevada 89135

9   *Attorneys for*                               *Attorneys for Defendants*
    *Counterclaimant/Third-Party Plaintiff*       *PATENAUDE & FELIX APC, RAYMOND A.*
10  *PATENAUDE & FELIX APC*                        *PATENAUDE, MICHAEL D. KAHN and ANGIE*
                                                  *HONG HOAR*

11

12  IT IS SO ORDERED:

13                                                _____
                                                  JAMES C. MAHAN
14                                                UNITED STATES DISTRICT JUDGE

15
                                                  DATED: October 31, 2022
16                                                       _____

17

18

19

20

21

22

23

24

25

26

27

28

---

TROY CAPITAL, LLC v. PATENAUDE & FELIX APC, et al. (CASE NO.: 2:20-cv-00205-JCM-DJA)