Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendants*
PATENAUDE & FELIX APC, RAYMOND A. PATENAUDE, MICHAEL D. KAHN and ANGIE HONG HOAR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY CAPITAL, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PATENAUDE & FELIX APC, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00205-JCM-DJA<br><br>**STIPULATION TO WITHDRAW MOTION TO COMPEL (ECF NO. 150) AND VACATE HEARING** |
| PATENAUDE & FELIX APC,<br><br>Counterclaimant/Third-Party Plaintiff<br><br>vs.<br><br>TROY CAPITAL, LLC, a Nevada Limited Liability Company; RANCE WILLEY, an Individual, and TROY DUPUIS, an Individual,<br><br>Counter-defendant/Third-Party Defendants | |

80013905.1

Pursuant to LR IA 6-2 and LR 7-1, the parties, through their respective counsel, stipulate to (1) the withdrawal of Defendants' Motion to Compel Production of Documents and Witness Deposition (ECF No. 150) and (2) the vacating of the hearing on this motion, which is currently scheduled for hearing on March 3, 2023 (ECF No. 167). This requested withdrawal of the motion is not sought for delay or any other improper purpose.

DATED this 21st day of February, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jeffrey D. Olster*
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
PATENAUDE & FELIX APC, RAYMOND A. PATENAUDE, MICHAEL D. KAHN and ANGIE HONG HOAR

DATED this 21st day of February, 2023

RELIEF LAWYERS, LLC

/s/ *Dale K. Kleven*
Dale K. Kleven
Nevada Bar No. 7778
Thomas M. Fronczek
Nevada Bar, No. 11380
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
*Attorneys for Plaintiff/Counterdefendant TROY CAPITAL, LLC and Third-Party Defendants RANCE WILLEY and TROY DUPUIS*

DATED this 21st day of February, 2023

HOLLEY DRIGGS

/s/ *Jason D. Smith*
Nicholas J. Santoro
Nevada Bar No. 0532
Jason D. Smith
Nevada Bar No. 9691
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Counterclaimant/Third-Party Plaintiff PATENAUDE & FELIX APC*

DATED this 21st day of February, 2023

SIMMONDS & NARITA LLP

/s/ *Tomio B. Narita*
Tomio B. Narita
R. Travis Campbell
(Admitted *pro hac vice*)
44 Montgomery Street, Suite 3010
San Francisco, California 94104
*Attorneys for Plaintiff/Counterdefendant TROY CAPITAL, LLC and Third-Party Defendants RANCE WILLEY and TROY DUPUIS*

DATED this 21st day of February, 2023

PATENAUDE & FELIX APC

/s/ *Joseph DiNoia*
Joseph DiNoia
Nevada Bar No. 11951
7271 West Charleston Boulevard, Suite 100
Las Vegas, Nevada 89117
*Attorneys for Counterclaimant/Third-Party Plaintiff PATENAUDE & FELIX APC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 22, 2023

80013905.1

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of February, 2023, service of the foregoing **STIPULATION TO WITHDRAW MOTION TO COMPEL (ECF NO. 150) AND VACATE HEARING** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Dale K. Kleven<br>Thomas M. Fronczek<br>RELIEF LAWYERS LLC<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>Email: dale@relieflawyersnv.com<br>toby@relieflawyersnv.com | *Attorneys for Plaintiff, Counterdefendant and Third-Party Defendants* | P: (702) 589-7520<br>F: (702) 577-1075 |
| Tomio B. Narita (Admitted *pro hac vice*)<br>Travis Campbell (Admitted *pro hac vice*)<br>SIMMONDS & NARITA LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, California 94104<br>Email: tnarita@snllp.com<br>tcampbell@snllp.com | *Attorneys for Plaintiff/Counterdefendant Troy Capital, LLC and Third-Party Defendants Rance Willey and Troy Dupuis* | P: (415) 283-1000 |
| Joseph DiNoia<br>PATENAUDE & FELIX, A.P.C.<br>7271 West Charleston Boulevard<br>Suite 100<br>Las Vegas, Nevada 89117<br>Email: Joseph.DiNoia@pandf.us | *Attorneys for Counterclaimant and Third-Party Plaintiff Patenaude & Felix APC* | P: (702) 952-2031<br>F: (702) 382-1512 |
| Nicholas J. Santoro<br>Jason D. Smith<br>HOLLEY DRIGGS<br>300 South 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Email: nsantoro@nevadafirm.com<br>jsmith@nevadafirm.com | *Attorneys for Counterclaimant/Third-Party Plaintiff Patenaude & Felix APC* | P: (702) 948-8771<br>F: (702) 948-8773 |

By /s/ *Susan Awe*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

80013905.1

4