1 | Jeffrey D. Olster
Nevada Bar No. 8864
2 | Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
3 | 6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
4 | Tel: (702) 893-3383
Fax: (702) 893-3789
5 | *Attorneys for Defendants*
PATENAUDE & FELIX APC, RAYMOND A.
6 | PATENAUDE, MICHAEL D. KAHN and
ANGIE HONG HOAR

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY CAPITAL, LLC, a Nevada Limited Liability Company, | Case No. 2:20-cv-00205-JCM-DJA |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| PATENAUDE & FELIX APC, *et al.*, | |
| Defendants. | |
| PATENAUDE & FELIX APC, | |
| Counterclaimant/Third-Party Plaintiff | |
| vs. | |
| TROY CAPITAL, LLC, a Nevada Limited Liability Company; RANCE WILLEY, an Individual, and TROY DUPUIS, an Individual, | |
| Counter-defendant/Third-Party Defendants | |



91173540.1

Pursuant to LR 7-1, all parties, through their respective counsel, stipulate that this action shall be dismissed in its entirety, with prejudice, with each party to bear his/her/its own attorneys' fees and costs.

| DATED this 7th day of March, 2023 | DATED this 7th day of March, 2023 |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | RELIEF LAWYERS, LLC |
| /s/ *Jeffrey D. Olster* | /s/ *Dale K. Kleven* |
| Jeffrey D. Olster<br>Nevada Bar No. 8864<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants*<br>PATENAUDE & FELIX APC, RAYMOND A. PATENAUDE, MICHAEL D. KAHN and ANGIE HONG HOAR | Dale K. Kleven<br>Nevada Bar No. 7778<br>Thomas M. Fronczek<br>Nevada Bar, No. 11380<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>*Attorneys for Plaintiff/Counterdefendant TROY CAPITAL, LLC and Third-Party Defendants RANCE WILLEY and TROY DUPUIS* |
| DATED this 7th day of March, 2023 | DATED this 7th day of March, 2023 |
| HOLLEY DRIGGS | SIMMONDS & NARITA LLP |
| /s/ *Jason D. Smith* | /s/ *Tomio B. Narita* |
| Nicholas J. Santoro<br>Nevada Bar No. 0532<br>Jason D. Smith<br>Nevada Bar No. 9691<br>300 South 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for Counterclaimant/Third-Party Plaintiff PATENAUDE & FELIX APC* | Tomio B. Narita<br>R. Travis Campbell<br>(Admitted *pro hac vice*)<br>44 Montgomery Street, Suite 3010<br>San Francisco, California 94104<br>*Attorneys for Plaintiff/Counterdefendant TROY CAPITAL, LLC and Third-Party Defendants RANCE WILLEY and TROY DUPUIS* |

DATED this 7th day of March, 2023

PATENAUDE & FELIX APC

/s/ *Joseph DiNoia*
Joseph DiNoia
Nevada Bar No. 11951
7271 West Charleston Boulevard, Suite 100
Las Vegas, Nevada 89117
*Attorneys for Counterclaimant/Third-Party Plaintiff PATENAUDE & FELIX APC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2023

91173540.1

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of March, 2023, service of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Dale K. Kleven<br>Thomas M. Fronczek<br>RELIEF LAWYERS LLC<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>Email: dale@relieflawyersnv.com<br>        toby@relieflawyersnv.com | *Attorneys for Plaintiff, Counterdefendant and Third-Party Defendants* | P: (702) 589-7520<br>F: (702) 577-1075 |
| Tomio B. Narita (Admitted *pro hac vice*)<br>Travis Campbell (Admitted *pro hac vice*)<br>SIMMONDS & NARITA LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, California 94104<br>Email: tnarita@snllp.com<br>        tcampbell@snllp.com | *Attorneys for Plaintiff/Counterdefendant Troy Capital, LLC and Third-Party Defendants Rance Willey and Troy Dupuis* | P: (415) 283-1000 |
| Joseph DiNoia<br>PATENAUDE & FELIX, A.P.C.<br>7271 West Charleston Boulevard<br>Suite 100<br>Las Vegas, Nevada 89117<br>Email: Joseph.DiNoia@pandf.us | *Attorneys for Counterclaimant and Third-Party Plaintiff Patenaude & Felix APC* | P: (702) 952-2031<br>F: (702) 382-1512 |
| Nicholas J. Santoro<br>Jason D. Smith<br>HOLLEY DRIGGS<br>300 South 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Email: nsantoro@nevadafirm.com<br>        jsmith@nevadafirm.com | *Attorneys for Counterclaimant/Third-Party Plaintiff Patenaude & Felix APC* | P: (702) 948-8771<br>F: (702) 948-8773 |

By  /s/ *Susan Awe*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

91173540.1           4